928

No. 78–193.  CAPANEGRO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–203.  SNAPP v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–205.  GIFT WRAPPINGS & TYINGS ASSN. v. UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 78–211.  INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS v. NEWPORT TANKERS CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–215.  STEELE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–218.  CARBON FUEL CO. v. ANDRUS, SECRETARY OF THE INTERIOR, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 78–230.  KALAV v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–232.  BUFALINO v. UNITED STATES; and
No. 78–5218.  SPARBER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 576 F. 2d 446.

No. 78–245.  LEHIGH LUMBER CO., INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 78–272.  SCRUGGS v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 78–274.  WILCHER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–307.  BROWN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.